UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

C.A. NO:  6:16-cv-01351-MGL

| | |
|---|---|
| Oscar Jimenez, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER TO STAY** |
| Life Insurance Company of North America, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Upon Motion of the parties, and with good cause being showing:

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that:

1.     This action be and is hereby stayed for a period of 120 days to permit Plaintiff to submit a claim for LTD benefits to LINA and for LINA to complete its administrative review.

**IT IS SO ORDERED.**

s/Mary Geiger Lewis
The Honorable Mary Geiger Lewis
United States District Judge

June 20, 2016
Columbia, South Carolina